**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

N.E.S.R.,                                               :
                                                        :
            Petitioner,                                 :
                                                        :
v.                                                      :    Case No. 4:26-cv-906-CDL-AGH
                                                        :              28 U.S.C. § 2241
Warden, STEWART DETENTION                               :
CENTER, *et al.*,                                       :
                                                        :
            Respondents.                                :

_____

## **ORDER**

Following a notice of deficiency due to Petitioner's failure to sign his application

for habeas corpus relief under 28 U.S.C. § 2241, the Court received Petitioner's signed

*pro se* application on June 16, 2026 (ECF No. 1-2). Having initially reviewed Petitioner's

application, the Court finds good cause to extend the time for a response. 28 U.S.C.

§ 2243. Accordingly, Respondent shall have twenty-one (21) days to file a

comprehensive response to said application (ECF No. 1-2). Within fourteen (14) days

thereafter, Petitioner should file any desired reply. The Court will consider whether to

hold an evidentiary hearing once briefing is complete.[1]

    **SO ORDERED**, this 14th day of July, 2026.

                                        s/ *Amelia G. Helmick*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that Petitioner seeks to have his son-in-law act as his representative in this Court (ECF No. 5), Petitioner has not demonstrated that next friend status is appropriate, in large part because Petitioner himself has filed this case and responded to the Court's notice of deficiency. Consequently, Petitioner is advised that he must comply with the Federal Rules of Civil Procedure as he prosecutes his case, and that specifically he must sign his filings in accordance with Rule 11(a).